**FILED**
CLERK, U.S. DISTRICT COURT

November 15,2017

CENTRAL DISTRICT OF CALIFORNIA
BY: _____VPC_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANIEL LOPEZ,

        Plaintiff,

v.

HCL INGLEWOOD VILLAGE LLC, a California Limited Liability Company; MARSHALLS OF CA, LLC, a Delaware Limited Liability Company; and Does 1-10,

        Defendants.

Case No.:  2:17-CV-05479-SJO-MRW

**ORDER**

### <u>ORDER</u>

       The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.  The Court sets a Status Conference/OSC for Monday, January 29, 2018 @ 8:30 am at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed.  If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: November 15, 2017

S. James Otero

HONORABLE S. JAMES OTERO
United States District Court Judge